UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAROLD W. CAGE,

    Plaintiff,                    CIVIL ACTION NO. 06-CV-10930-DT

v.                                DISTRICT JUDGE PAUL D. BORMAN

PROJECT REHAB CENTER       MAGISTRATE JUDGE DONALD A. SCHEER
BOARD OF DIRECTORS, et.al.,

    Defendants
_____/

## ORDER DIRECTING CLERK TO FILE AMENDED COMPLAINT

Plaintiff filed the instant prisoner civil rights action, pursuant to 42 U.S.C. § 1983, against various entities, individuals and an insurance company. He was granted in forma pauperis status. Plaintiff claimed that, while detained at the Saginaw County Jail, he was injured in a slip and fall due to unsafe conditions. He also alleged that jail officials had been deliberately indifferent to his serious medical needs. Plaintiff filed an Amended Complaint on April 27, 2006, seeking to add defendants. Fed.R.Civ.P. 15(a) permits a party to amend his Complaint once as a matter of course at any time before a responsive pleading is served. No Answer has been served in this case. The Clerk is ordered to file the Amended Complaint, pursuant to Federal Rule 15(a). Plaintiff must provide the Court with the names and addresses of the parties he seeks to add within 30 days of the filing date of this order so that service by the United States Marshal may be effected. Failure to do so may result in dismissal of the added defendants for want of prosecution.

SO ORDERED.

                                                     s/Donald A. Scheer
                                                     DONALD A. SCHEER
                                                     UNITED STATES MAGISTRATE JUDGE

DATED: May 8, 2006

## CERTIFICATE OF SERVICE

      I hereby certify on May 8, 2006 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on May 8, 2006.  **Harold W. Cage.**

                                                        s/Michael E. Lang
                                                        Deputy Clerk to
                                                        Magistrate Judge Donald A. Scheer
                                                        (313) 234-5217