UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HAROLD W. CAGE,

      Plaintiff,                      CIVIL ACTION NO. 06-CV-10930-DT

v.                                    DISTRICT JUDGE PAUL D. BORMAN

PROJECT REHAB CENTER       MAGISTRATE JUDGE DONALD A. SCHEER
BOARD OF DIRECTORS, et.al.,

      Defendants
_____/

<u>ORDER DENYING PLAINTIFF'S MISCELLANEOUS MOTIONS</u>

Plaintiff filed the instant prisoner civil rights action, pursuant to 42 U.S.C. § 1983, against the various entities, individuals and an insurance company. Plaintiff claimed that, while detained at the Saginaw County Jail, he was injured in a slip and fall due to unsafe conditions. He also alleged that jail officials had been deliberately indifferent to his serious medical needs.

This cause comes before the Court on Plaintiff's Motion For Production of Documents (Docket #13) and Motion for Immediate Discovery (Docket #15) dated April 27, 2006. Plaintiff also filed a Motion for Summary Judgment (Docket #18) on May 2. 2006. Since the defendants have not been served, and no answer has been filed to the complaint, all three motions are DENIED WITHOUT PREJUDICE. Plaintiff may resubmit the two discovery motions, if the case survives summary disposition. Plaintiff may resubmit his own motion seeking summary disposition once the defendants have been served and an answer to the complaint has been filed.

      SO ORDERED.

                                                 s/Donald A. Scheer
                                                 DONALD A. SCHEER
                                                 UNITED STATES MAGISTRATE JUDGE

DATED: May 8, 2006

## CERTIFICATE OF SERVICE

      I hereby certify on May 8, 2006 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on May 8, 2006.  **Harold Cage.**

                                      s/Michael E. Lang  
                                      Deputy Clerk to  
                                      Magistrate Judge Donald A. Scheer  
                                      (313) 234-5217