# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

HAROLD W. CAGE,

        Plaintiff,           Civil Case Number: 06-10930

v.           JUDGE PAUL D. BORMAN
        MAG. JUDGE DONALD A. SCHEER

PROJECT REHAB CENTER BOARD OF           UNITED STATES DISTRICT COURT
DIRECTORS, et. al,

        Respondent.
_____ /

## ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION IN FAVOR OF DISMISSING THE AMENDED COMPLAINT AGAINST THE REMAINING DEFENDANTS FOR FAILURE TO STATE A CLAIM

      Before the Court is the Magistrate Judge's Report and Recommendation in favor of dismissing the Amended Complaint against the remaining Defendants for failure to state a claim. Having reviewed that Report and Recommendation and Plaintiff's objections thereto, the Court enters as its findings and conclusions the Report and Recommendation dismissing the Amended Complaint against the remaining Defendants for failure to state a claim.

      **SO ORDERED.**


                                            s/Paul D. Borman
                                            PAUL D. BORMAN
                                            UNITED STATES DISTRICT JUDGE

Dated:  January 24, 2007

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 24, 2007.

                                        s/Denise Goodine
                                        Case Manager